UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE PHELPS,

     Plaintiff,

Case Number: 05-60163-CV
Honorable John Corbett O'Meara
Magistrate Judge Morgan

vs.

TJX COMPANIES, INC., a/k/a
TJ MAXX, a foreign corporation,

     Defendant.
_____ /

### ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, TJX Companies, Inc., having brought a Motion for Summary Judgment, the Court having read the pleadings submitted by the parties, and having heard the arguments of the parties on the date scheduled for hearing: August 31, 2006, and the Court being further, fully advised in the premises does;

ORDER THAT Defendant's Motion is granted, and Plaintiff's case is dismissed. This Order disposes of the last pending claim and closes the case.


Date: September 22, 2006                            s/John Corbett O'Meara
                                                              United States District Court


I hereby certify that a copy of this order was served upon the parties of record on September 23, 2006, electronically or by U. S. mail.

                                                              s/William Barkholz
                                                               Case Manager



**APPROVED AS TO FORM ONLY:**


s/Michael J. Golding
(With Consent) – original signature in L.

Ames' file)

_____
_____
MICHAEL J. GOLDING (P30186)
Attorney for Plaintiff


**APPROVED AS TO FORM AND CONTENT:**

s/Loretta M. Ames
(With Consent – original signature in L. Ames'
file)

_____
____
LORETTA M. AMES (P30242)
Attorney for Defendant