UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATALIE PHELPS,

           Plaintiff,

v.

TJX COMPANIES, INC., a/k/a
TJ MAXX, a foreign corporation,

           Defendant.

_____/

Case No. 05-60163

HON. JOHN CORBETT O'MEARA

JUDGMENT

Pursuant to the Court's Order filed on this date, September 22, 2006, Defendant's Motion for Summary Judgment is GRANTED. Therefore, Judgment is entered in favor of the Defendant and the case is DISMISSED.

DAVID WEAVER,

Dated: September 22, 2006

By: s/William Barkholz
Deputy Clerk